## Miscellaneous Orders

No. ————. IN RE RESIGNATION OF NIXON. Motion of Richard M. Nixon, of San Clemente, Cal., to resign as a member of the Bar of this Court granted, and it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. MR. JUSTICE DOUGLAS and MR. JUSTICE REHNQUIST took no part in the consideration or decision of this matter.

No. 74–940. COLORADO RIVER WATER CONSERVATION DISTRICT ET AL. *v.* UNITED STATES; and

No. 74–949. AKIN ET AL. *v.* UNITED STATES. C. A. 10th Cir. [Certiorari granted, 421 U. S. 946.] Motion of petitioners for divided argument granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.